IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD CARSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:12-cv-01023 |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE ON BEHALF OF RICHARD CARSON

Plaintiff Richard Carson hereby files this Notice of Appearance of his counsel, Geoffrey H. Baskerville, of Francis & Mailman P.C., as Attorney-in-Charge, and Yvette Golan, of The Golan Firm, as Associate Counsel.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

 /s/ Geoffrey H. Baskerville
GEOFFREY H. BASKERVILLE
Attorney-in-Charge
PA SBN 66375
S.D. Tex. *By pro hac vice*
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600 Telephone
(215) 940-8000 Facsimile

**THE GOLAN FIRM**

 /s/ Yvette Golan
YVETTE GOLAN
Of Counsel
TX SBN 24053229
S.D. Tex. 1439846

                                              1919 Decatur St., 3rd Floor
Houston, TX 77007
(866) 298-4150 ext. 101 Telephone
(928) 441-8250 Facsimile


ATTORNEYS FOR PLAINTIFF
RICHARD CARSON

April 12, 2012

**CERTIFICATE OF SERVICE**

      On April 12, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern Division of Texas, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

                                             */s/ Yvette Golan*
                                             YVETTE GOLAN